**STATE of Missouri, Respondent,**

v.

**Reginald D. SILVERS, Appellant.**

**No. WD 75221.**

Missouri Court of Appeals, Western District.

Aug. 13, 2013.

Susan L. Hogan, Kansas City, MO, for appellant.

Todd T. Smith, Jefferson City, MO, for respondent.

Before Division Four: JAMES E. WELSH, C.J., and LISA WHITE HARDWICK and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Defendant Reginald Silvers was convicted in the Circuit Court of Jackson County of one count of second-degree burglary, based on an incident which occurred on April 26, 2011, in Kansas City. He appeals, arguing that the evidence was insufficient to establish that he entered the burglar-

ized residence with the intent to steal. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).